CHARLES H. STOLL, Respondent, *v.* JOSEPH H. BERGOLD et al., Appellants.

Argued April 8, 1953; decided April 23, 1953.

*Howard A. Rochford* for appellants.

*Irwin R. Browner, Morris Rochman* and *Aaron L. Rochman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.